**Sekove SADRIA, a.k.a. Jacobo Vodo Sadria, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–72529.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Oct. 25, 2011.*

Filed Oct. 31, 2011.

Sekove V. Sadria, pro se.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Genevieve Holm, U.S. Department of Justice, Washington, DC, for Respondent.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Sekove V. Sadria, a native and citizen of Fiji, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to consider Sadria's contention that his conviction for possession of a controlled substance qualified for treatment under the Federal First Offender Act, *see generally Ramirez–Altamirano v. Holder*, 563 F.3d 800, 806–08 (9th Cir. 2009), because it was not exhausted before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 677–78 (9th Cir.2004).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.